UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JERRY WILLIAMSON,

                Plaintiff,

        -against-                      1:12-CV-1869 (LEK/RFT)

ALBANY MEDICAL CENTER,

                Defendant.

---

## ORDER

This *pro se* action under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., comes before the Court on a Report-Recommendation filed January 11, 2013, by the Honorable Randolph F. Treece, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(d). Dkt. No. 4 ("Report-Recommendation"). Judge Treece recommends granting Plaintiff Jerry Williamson's ("Plaintiff") Application to proceed *in forma pauperis* ("IFP Application") but denying Plaintiff's Motion for appointment of counsel and dismissing Plaintiff's Complaint. See Report-Rec. at 4; see also Dkt. Nos. 1 ("Complaint"), 2 ("Motion for appointment of counsel"), 3 ("IFP Application"). Neither Plaintiff nor Defendant filed objections to the Report-Recommendation within the fourteen-day objection period. See 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b)(2). See generally Dkt. The Court therefore has reviewed the Report-Recommendation for clear error and found none. See Cephas v. Nash, 328 F.3d 98, 107 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301, 306 (N.D.N.Y. 2008).

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 4) is **APPROVED and**

**ADOPTED in its entirety**; and it is further

ORDERED, that Plaintiff's IFP Application (Dkt. No. 3) is **GRANTED**; and it is further

ORDERED, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**; and it is further

ORDERED, that Plaintiff's Motion (Dkt. No. 2) for appointment of counsel is **DENIED**;

and it is further

ORDERED, that the Clerk of the Court serve a copy of this Order on all parties.

**IT IS SO ORDERED.**


DATED:     April 15, 2013
           Albany, NY


_____
Lawrence E. Kahn
U.S. District Judge